■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES COLES, Appellant. [1 NYS3d 847]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cacace, J.), rendered August 14, 2012, convicting him of aggravated driving while intoxicated with a child in violation of Vehicle and Traffic Law § 1192 (2-a) (b), upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]) and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *see also People v Cardwell*, 98 AD3d 986 [2012]). Dillon, J.P., Leventhal, Chambers and Roman, JJ., concur.